

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2016

No. 04-16-00347-CV

**ALLSTATE COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Gregorio G. **PAREDES** Jr.,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 9,016
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The reporter's record was due July 5, 2016, but was not filed. On July 6, 2016, the court reporter filed a notification of late record stating the record was not filed because has neither requested the record nor paid or made arrangements to pay the reporter's fee to prepare the record, implying that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). In response, we ordered appellant to provide written proof to this court that: (1) appellant had requested preparation of the record; (2) the reporter's fee had been paid or arrangements satisfactory to the reporter had been made to pay the reporter's fee; or (3) appellant was entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 35.3(b).

As ordered, appellant provided proof that it had requested the record and an invoice from the reporter, but that the reporter had apparently not received the request. Appellant thereafter provided the reporter with an amended request and acknowledged its willingness to provide payment upon receipt of an invoice from the reporter. Thereafter, the reporter provided appellant with an invoice and appellant made the required payment. The reporter completed the record and filed it in this court on July 27, 2016.

Accordingly, because it now appears the appellate record is complete, we **ORDER** appellant to file its appellant's brief in this court on or before August 26, 2016.

We further **order** the clerk of this court to serve a copy of this order on all counsel

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2016.



Keith E. Hottle
Clerk of Court